## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**JEFFERY JOHNSON**                                                          **PLAINTIFF**

v.                                                               **CIVIL ACTION NO. 3:21-CV-P725-JHM**

**ARAMARK CORRECTIONAL
SERVICES, LLC** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order entered this date,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: January 25, 2024

*(signed)* Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
    Counsel of Record
4414.010