NOT RECOMMENDED FOR PUBLICATION

No. 24-5198

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 14, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| JEFFERY JOHNSON, aka Anthony Cain, | ) |
| Plaintiff-Appellant, | ) |
| v. | ) ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY |
| ARAMARK CORPORATION, et al., | ) |
| Defendants-Appellees. | ) |

O R D E R

Before: BOGGS, MOORE, and MURPHY, Circuit Judges.

This court must examine the basis of its jurisdiction, on its own motion if necessary. *See Alston v. Advanced Brands & Importing Co.*, 494 F.3d 562, 564 (6th Cir. 2007). Generally, in a civil case where neither the United States, a United States agency, nor a United States officer or employee is a party, a notice of appeal must be filed within 30 days after entry of the judgment or order being appealed. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

The district court entered a judgment dismissing Jeffery Johnson's civil action on January 26, 2024. A notice of appeal was due to be filed on or before February 26, 2024.[1] Johnson's notice of appeal was postmarked February 29, 2024, and is considered filed on that date because Johnson is a prisoner. *See* Fed. R. App. P. 4(c). By prior order, we noted that Johnson had not moved in the district court for an extension of time to appeal under Federal Rule of Appellate Procedure 4(a)(5) or for reopening of the time to appeal under Federal Rule of Appellate

---

[1] The 30-day appeal period expired on February 25, 2024. Because that day was a Sunday, however, Johnson had until Monday, February 26, 2024, to timely file his notice of appeal. *See* Fed. R. App. P. 26(a)(1).

No. 24-5198
- 2 -

Procedure 4(a)(6). We advised Johnson that, unless such a motion was filed in and granted by the district court, we would be required to dismiss the appeal. We therefore directed Johnson to show cause why the appeal should not be dismissed as untimely.

Johnson did not file a response in this court. He did, however, file a motion for "an extension of time to appeal or to reopen time to appeal" in the district court. On May 9, 2024, the district court denied the motion.

Johnson's failure to timely file a notice of appeal deprives this court of jurisdiction. Compliance with the statutory deadline in § 2107(a) is a mandatory jurisdictional prerequisite that this court may not waive. *See Hamer v. Neighborhood Hous. Servs. of Chi.*, 583 U.S. 17, 25-27 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

Accordingly, it is ordered that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/14/2024.

**Case Name:** Jeffery Johnson v. Aramark Corporation, et al
**Case Number:** 24-5198

**Docket Text:**
ORDER filed: Accordingly, it is ordered that the appeal is DISMISSED., decision not for publication. No mandate to issue. Danny J. Boggs, Karen Nelson Moore and Eric E. Murphy, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Jeffery Johnson
Calloway County Jail
310 N. Fourth Street
Murray, KY 42071

**A copy of this notice will be issued to:**

Mr. Richard A. Brown
Ms. Madeline Claire Kuluz
Mr. James J. Vilt Jr.