UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 14, 2024
KELLY L. STEPHENS, Clerk

No. 24-5198

JEFFERY JOHNSON, aka Anthony Cain,

 Plaintiff-Appellant,

v.

ARAMARK CORPORATION, et al.,

 Defendants-Appellees.

Before: BOGGS, MOORE, and MURPHY, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk